IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WUBILL WUDNUER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, Individual and Official capacity; and HAWSHANK, C.O, Individual and Official capacity;<br><br>　　　　　　Defendants. | 8:25CV410<br><br>**MEMORANDUM AND ORDER** |

　　　　This matter is before the Court on its own motion. Plaintiff Wubill Wudnuer filed with the Court a Complaint on June 20, 2025. Filing No. 1. Plaintiff failed to include the $405.00 filing and administrative fees or a request to proceed in forma pauperis ("IFP") with his Complaint. Plaintiff has another civil case in this Court pending before Senior District Judge John M. Gerrard—Case No. 8:24CV269—in which the Court granted Plaintiff leave to proceed IFP on September 4, 2024, and ordered Plaintiff to file an amended complaint by July 7, 2025. *See* Filing No. 21, Case No. 8:24CV269. Both the present Complaint and the operative complaint in Case No. 8:24CV269 seek damages against Douglas County and C.O. Hawshank and arise out of the same set of facts. *Compare* Filing No. 1 *with* Filing No. 11, Case No. 8:24CV269. Thus, upon examination, the Court believes Plaintiff's pleading in the present case is more properly construed as an amended complaint intended for filing in Case No. 8:24CV269. Accordingly,

2

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's Complaint, Filing No. 1, as an amended complaint in Case No. 8:24CV269.

3. To avoid confusion in the future, any document Plaintiff sends to the Court for filing must include the correct case number (i.e. 8:24CV269).

Dated this 23rd day of June, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge